ACCEPTED
01-15-00052-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 9:14:40 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS FOR
# THE STATE OF TEXAS
# AT HOUSTON (1st DISTRICT)

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS<br>Appellant | )(<br>)(<br>)(<br>)( | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>7/21/2015 9:14:40 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| V. | )( | NO. 01-15-00052-CV |
| GERALD KNAPP and<br>NARCISCO AURIOLES,<br>Appellees | )(<br>)(<br>)(<br>)(<br>)( | |

## APPELLEE'S UNOPPOSED FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

COMES NOW GERALD KNAPP, Appellee in the above-styled and numbered cause, and files this Unopposed First Motion for Extension of Time to File Brief, and in support thereof would show unto the Court as follows:

I.

Appellee GERALD KNAPP respectfully requests this honorable Court for an extension for the filing of his brief, which is presently due on July 22, 2015. Due to the various issues presented in Appellant's brief and trial commitments of his counsel, Appellee respectfully requests an extension for the filing of his brief until August 24, 2015. Pursuant to Tex. R. App. P. 10.1 (a)(5), counsel for Appellee hereby certifies that he has conferred with counsel for Appellant and the other Appellee regarding this motion, and the other parties do not oppose the relief requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests this Court to grant this Unopposed First Motion for Extension of Time to File Brief, and

requests such other and further relief, both legal and equitable, to which Appellee would show himself justly entitled.

Respectfully submitted,

LAW OFFICES OF SCOTT C. LANNIE, P.C.

/S/ *Scott C. Lannie*

BY:   SCOTT C. LANNIE
Attorney for Appellee
GERALD KNAPP
4000 Garth, Suite 150
Baytown, Texas 77521
Telephone: (281) 303-9200
Facsimile: (281) 303-8280
State Bar No. 11937350
E-mail: sclannie@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 21st day of July 2015, a true and correct copy of the above and foregoing APPELLEE GERALD KNAPP'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF has been served upon the following attorneys of record via facsimile, and the original was promptly filed with the Court.

Mr. James A. Cersonsky
Soule, Baldwin & Fanaff
11200 Richmond, Suite 250
Houston, Texas 77082

Mr. Vince Ryan
Mr. Michael R. Hull
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
VIA FACSIMILE: (713) 755-8848

/s/ *Scott C. Lannie*

---
SCOTT C. LANNIE
Attorney for Appellee

IN THE COURT OF APPEALS FOR
THE STATE OF TEXAS
AT HOUSTON (1st DISTRICT)

HARRIS COUNTY, TEXAS )(
    Appellant )(
       )(
       )(
V. )(   NO. 01-15-00052-CV
       )(
       )(
GERALD KNAPP and )(
NARCISCO AURIOLES, )(
    Appellees )(

## CERTIFICATE OF CONFERENCE

The undersigned hereby confirms that the parties are unopposed to the relief requested in this motion.

Respectfully submitted,

LAW OFFICES OF SCOTT C. LANNIE, P.C.

/S/ *Scott C. Lannie*

---

BY:   SCOTT C. LANNIE
      Attorney for Appellee
      GERALD KNAPP
      4000 Garth, Suite 150
      Baytown, Texas 77521
      Telephone: (281) 303-9200
      Facsimile: (281) 303-8280
      State Bar No. 11937350
      E-mail: sclannie@aol.com